IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAM WILSON, JARED CHARLAP, | |
|       Plaintiffs, | 2:25cv1087 |
|       v. | ELECTRONICALLY FILED<br>LEAD CASE |
| TEAM BEANS, L.L.C. *doing business as* FOCO, | |
|       Defendant. | |
| KAREN CLAYTON, IAN FOLEY, | |
|       Plaintiffs, | 1:25cv0226 |
|       v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| MERVIS DIAMOND CORPORATION, | |
|       Defendant. | |
| KAREN BLACHOWICZ, KAREN CLAYTON, | |
|       Plaintiffs, | 1:25cv0227 |
|       v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| ZOE CHICCO, INC., | |
|       Defendant. | |
| FREDERICKA NELLON, JARED CHARLAP, | |
|       Plaintiffs, | 2:25cv1116 |
|       v. | ELECTRONICALLY FILED<br>MEMBER CASE |
| TRU KIDS, INC. *doing business as* TOYS R US, | |
|       Defendant. | |

| | |
|---|---|
| ERIC FOREMAN, KAREN CLAYTON, | |
| Plaintiffs, | 1:25cv0229 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| GALISON PUBLISHING LLC, | |
| Defendant. | |
| | |
| CHRISTOPHER WALTERS, JARED CHARLAP, | |
| Plaintiffs, | 2:25cv1122 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| THE SPORN COMPANY, INC. *doing business as* BIXLERS, | |
| Defendant. | |
| | |
| ERIC FOREMAN, KAREN CLAYTON, | |
| Plaintiffs, | 1:25cv0230 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| BEL USA LLC *doing business as* DISCOUNT MUGS, | |
| Defendant. | |
| | |
| FREDERICKA NELLON, MARCHE ROBERSON, | |
| Plaintiffs, | 2:25cv1127 |
| v. | ELECTRONICALLY FILED MEMBER CASE |
| PLUSH APPEAL, LLC *doing business as* MARDI GRAS SPOT, | |
| Defendant. | |

TRACEY SINKOVIC, MARCHE ROBERSON,

    Plaintiffs,

    v.

ADOLPH KIEFER & ASSOCIATES, LLC,

    Defendant.

2:25cv1128
ELECTRONICALLY FILED
MEMBER CASE

---

SYLVIA SANTOS, MARCHE ROBERSON,

    Plaintiffs,

    v.

MURAD, LLC,

    Defendant.

2:25cv1135
ELECTRONICALLY FILED
MEMBER CASE

---

DOMINICK PETRILLO, MARCHE ROBERSON,

    Plaintiffs,

    v.

SPINLIFE.COM, LLC,

    Defendant.

2:25cv1143
ELECTRONICALLY FILED
MEMBER CASE

---

IAN FOLEY, JARED CHARLAP,

    Plaintiffs,

    v.

GIFT SERVICES, INC. *doing business as* GIFT TREE,

    Defendant.

2:25cv1154
ELECTRONICALLY FILED
MEMBER CASE

| | |
|---|---|
| ANTOINETTE SUCHENKO, MARCHE ROBERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO HAT COMPANY,<br><br>    Defendant. | 2:25cv1159<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| ANTOINETTE SUCHENKO, MARCHE ROBERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CARRINGTON TEA COMPANY, LLC,<br><br>    Defendant. | 2:25cv1193<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| ERIC FOREMAN, JARED CHARLAP,<br><br>    Plaintiffs,<br><br>    v.<br><br>TASC PERFORMANCE, INC.,<br><br>    Defendant. | 2:25cv1194<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| ADRIENNE BEATTY, JARED CHARLAP,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIZONA BEVERAGES USA LLC,<br><br>    Defendant. | 2:25cv1207<br>ELECTRONICALLY FILED<br>MEMBER CASE |

| | |
|---|---|
| TRACEY SINKOVIC, MARCHE ROBERSON, | |
| Plaintiffs, | 2:25cv1209 ELECTRONICALLY FILED MEMBER CASE |
| v. | |
| BA&SH AMERICA CORP., | |
| Defendant. | |

| | |
|---|---|
| KAREN BLACHOWICZ, KAREN CLAYTON, | |
| Plaintiff, | 1:25cv0243 ELECTRONICALLY FILED MEMBER CASE |
| v. | |
| JAMIE YOUNG COMPANY, | |
| Defendant. | |

| | |
|---|---|
| JESSICA MEYER, KAREN CLAYTON, | |
| Plaintiffs, | 1:25cv0244 ELECTRONICALLY FILED MEMBER CASE |
| v. | |
| ZINUS, INC., | |
| Defendant. | |

| | |
|---|---|
| JESSICA MEYER, KAREN CLAYTON, | |
| Plaintiffs, | 1:25cv0245 ELECTRONICALLY FILED MEMBER CASE |
| v. | |
| FROM YOU FLOWERS, LLC, | |
| Defendant. | |

CHRISTOPHER WALTERS,
JARED CHARLAP,

      Plaintiff,

    v.

LOUIS GARNEAU U.S.A., INC.,

      Defendant.

           2:25cv1226
           ELECTRONICALLY FILED
           MEMBER CASE

## **CONSOLIDATION ORDER OF COURT**

    IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.    Civil Action Nos. 1:25-226; 1:25-227; 2:25-1116; 1:25-229; 2:25-1122; 1:25-230; 2:25-1127; 2:25-1128; 2:25-1135; 2:25-1143; 2:25-1154; 2:25-1159; 2:25-1193; 2:25-1194; 2:25-1207; 2:25-1209; 1:25-243; 1:25-244; 1:25-245; and 2:25-1226 are hereby consolidated with **Civil Action No. 2:25-1087, the lead case** as captioned above.

2.    All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2:25-1087**.

3.    The Clerk of Court shall close Civil Action No. 1:25-226; 1:25-227; 2:25-1116; 1:25-229; 2:25-1122; 1:25-230; 2:25-1127; 2:25-1128; 2:25-1135; 2:25-1143; 2:25-1154; 2:25-1159; 2:25-1193; 2:25-1194; 2:25-1207; 2:25-1209; 1:25-243; 1:25-244; 1:25-245; and 2:25-1226.

           SO ORDERED this 13th day of August, 2025.

           s/Arthur J. Schwab
           Arthur J. Schwab
           United States District Judge

cc: All counsel of record